UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**MIJIN KIM**

    Plaintiff,

v.

**ASIA AUTOMOTIVE AMERICA, INC.,** a Michigan corporation, **and SENGJA SIN,** an individual, **jointly and severally,**

    Defendants.

Case No. 24-cv-13272

Jonathan J.C. Grey
United States District Judge

Anthony P. Patti
United States Magistrate Judge

| | |
|---|---|
| **MANNARINO LAW PLLC**<br>Angela M. Mannarino (P72374)<br>Attorneys for Plaintiff<br>37637 Five Mile Road #294<br>Livonia, MI 48154<br>(734) 430-0880<br>angela@mannarino-law.com<br><br>**KIENBAUM HARDY VIVIANO PELTON & FORREST, P.L.C.**<br>Eric J. Pelton (P40635)<br>Lauren Walas (P87669)<br>Attorneys for Defendant Sengja Sin<br>280 N. Old Woodward Ave., Suite 400<br>Birmingham. MI 48009<br>(248) 645-0000<br>epelton@khvpf.com<br>lwalas@khvpf.com | **BODMAN PLC**<br>Thomas J. Rheaume (P74422)<br>Rebecca Seguin-Skrabucha (P82077)<br>Amanda Empey (P84594)<br>Attorneys for Defendant AAA<br>1901 St. Antoine St., 6th Floor Ford Field<br>Detroit, MI 48226<br>(313) 392-1056<br>trheaume@bodmanlaw.com<br>rseguin-skrabucha@bodmanlaw.com<br>aempey@bodmanlaw.com<br><br>**CHOE & MATEO PLLC**<br>Garam Choe (P87258)<br>Attorneys for Defendant Sengja Sin<br>200 E. Big Beaver Road<br>Troy, MI 48083<br>(646) 397-9818<br>garam@choemateo.com |

**STIPULATED ORDER DISMISSING WITH PREJUDICE
PLAINTIFF'S CLAIMS FOR ECONOMIC DAMAGES**

Plaintiff Mijin Kim ("Plaintiff") has expressly and voluntarily waived any and all economic damages in this matter, including but not limited to all alleged loss of employment, loss of compensation, loss of income, fringe benefits and bonuses, both past and future. As such, the Parties stipulate to the following:

**IT IS ORDERED** that Plaintiff **SHALL NOT RECOVER** any economic damages related to all of her claims in this matter, including but not limited to all allegations for loss of employment, loss of compensation, loss of income, fringe benefits and bonuses, both past and future, and such claims are DISMISSED with prejudice.

**SO ORDERED**.

Dated: November 10, 2025               <u>s/Jonathan J.C. Grey</u>
                                       Hon. Jonathan J.C. Grey
                                       U.S. District Court Judge

**[*Signatures of All Parties on Following Page*]**

Stipulated and agreed to for entry:

| | |
|---|---|
| **MANNARINO LAW PLLC** | **BODMAN PLC** |
| */s/ Angela M. Mannarino* | */s/ Thomas J. Rheaume* |
| Angela M. Mannarino (P72374) | Thomas J. Rheaume (P74422) |
| Attorneys for Plaintiff | Rebecca Seguin-Skrabucha (P82077) |
| 37637 Five Mile Road #294 | Amanda Empey (P84594) |
| Livonia, MI 48154 | Attorneys for Defendant AAA |
| (734) 430-0880 | 1901 St. Antoine St., 6th Floor Ford Field |
| angela@mannarino-law.com | Detroit, MI 48226 |
| | (313) 392-1056 |
| **KIENBAUM HARDY VIVIANO PELTON & FORREST, P.L.C.** | trheaume@bodmanlaw.com |
| | rseguin-skrabucha@bodmanlaw.com |
| | aempey@bodmanlaw.com |
| */s/ Eric J. Pelton* | |
| Eric J. Pelton (P40635) | **CHOE & MATEO PLLC** |
| Lauren Walas (P87669) | |
| Attorneys for Defendant Sengja Sin | */s/ Garam Choe* |
| 280 N. Old Woodward Ave., Suite 400 | Garam Choe (P87258) |
| Birmingham. MI 48009 | Attorneys for Defendant Sengja Sin |
| (248) 645-0000 | 200 E. Big Beaver Road |
| epelton@khvpf.com | Troy, MI 48083 |
| lwalas@khvpf.com | (646) 397-9818 |
| | garam@choemateo.com |

## Certificate of Service

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on November 10, 2025.

<u>s/ S. Osorio</u>
Sandra Osorio
Case Manager